UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

MICHAEL JAMES MOORE
and RHONDA JEAN MOORE,   Case No. 08-33980
                         Chapter 13 Proceeding
Debtors.                 Hon. Daniel S. Opperman
_____/

SCHEDULING ORDER REGARDING UNITED STATES TRUSTEE'S MOTION FOR
ORDER AUTHORIZING EXAMINATION OF GREEN TREE SERVICING, LLC AND
REQUIRING PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANKR. 2004

Pursuant to this Court's Opinion Regarding the United States Trustee's Motion for Order Authorizing Examination of Green Tree Servicing, LLC and Requiring Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Court has determined that Briefs on the issue of mootness are necessary for a determination of this matter;

ACCORDINGLY, IT IS HEREBY ORDERED that the United States Trustee and Green Tree Servicing, LLC, shall file Briefs within 21 days of the date of entry of this Order;

IT IS FURTHER ORDERED that responsive Briefs may be filed within 14 days thereafter.

**Signed on September 18, 2015**

                    /s/ Daniel S. Opperman
                    Daniel S. Opperman
                    United States Bankruptcy Judge

1